FILED IN CHAMBERS
U.S.D.C. - Atlanta

FEB 18 2010

James ___en, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MESA AIR GROUP, INC. and
FREEDOM AIRLINES, INC.,

    Plaintiffs,

v.

DELTA AIRLINES, INC.,

    Defendant.

CIVIL ACTION FILE
NO. 1:09-CV-0772-ODE

ORDER

This civil case is before the Court upon entry of the Joint Stipulation Regarding Stay of All Deadlines signed February 17, 2010 [Doc. 43.] The Clerk is directed to administratively close the case. The case can be reopened by motion of any party once plaintiffs' bankruptcy proceedings have been terminated.

SO ORDERED, this 18 day of February, 2010.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE